■ Mark Goodleaf, Respondent, v Tzivos Hashem, Inc., Defendant and Third-Party Plaintiff-Appellant, and H & H Builders, Inc., Respondent. Arnold Steel Company, Third-Party Defendant-Respondent, et al., Third-Party Defendant. (And a Second Third-Party Action.) [889 NYS2d 478]—

The Supreme Court properly granted the motion of the third-party defendant Arnold Steel Company (hereinafter Arnold) for summary judgment dismissing the third-party complaint insofar as asserted against it. In response to Arnold's prime facie showing that the plaintiff did not sustain a "grave injury" as defined by Workers' Compensation Law § 11, the appellant failed to raise a triable issue of fact (*see Rubeis v Aqua Club, Inc.*, 3 NY3d 408 [2004]; *DePaola v Albany Med. Coll.*, 40 AD3d 678 [2007]; *O'Berg v MacManus Group, Inc.*, 33 AD3d 599 [2006]; *Fitzpatrick v Chase Manhattan Bank*, 285 AD2d 487, 487-488 [2001]; *see generally Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]).

The Supreme Court providently exercised its discretion in

denying that branch of the appellant's cross motion which was for leave to amend the third-party complaint to add a cause of action for contractual indemnification against Arnold, since the proposed amendment was patently devoid of merit (see Mackenzie v Croce, 54 AD3d 825, 826 [2008]; Lucido v Mancuso, 49 AD3d 220, 222 [2008]).

The appellant's remaining contentions are not properly before this Court. Covello, J.P., Santucci, Chambers and Hall, JJ., concur.